MICHAEL A. LEONE, Esq. (SBN 151276)
JACOB T. SPAID, Esq. (SBN 298832)
SELTZER CAPLAN McMAHON VITEK
A Law Corporation
750 B Street, Suite 2100
San Diego, California 92101-8177
Telephone: (619) 685-3003
Facsimile: (619) 685-3100
E-Mail: leone@scmv.com; spaid@scmv.com

Attorneys for Plaintiff ANDY JANG, on behalf of himself

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDY JANG, on behalf of himself and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ASSET CAMPUS HOUSING, INC., et al.<br><br>Defendants. | Case No. 2:15-cv-01927-BRO-PJW<br><br>**NOTICE OF SETTLEMENT OF ENTIRE ACTION**<br><br>Date:  June 10, 2016<br>Dept.:  14, Spring St.<br>Judge:  Hon. Beverly Reid O'Connell<br><br>Complaint filed:  02/05/2015<br>Trial Date:  08/02/2016 |

**TO THE CLERK OF THE COURT:**

Pursuant to Central District of California Local Rule 16-15.7, Plaintiff Andy Jang, on behalf of himself ("Plaintiff"), submits this Notice of Settlement of Entire Action. Plaintiff and Asset Campus Housing, Inc. have reached a settlement of the above-captioned action. Pursuant to the terms of said settlement, upon execution of a mutually-acceptable settlement agreement and payment of monies thereunder according to its terms, Plaintiff shall dismiss the above-captioned action with prejudice, and the related Petition for Permission to Appeal currently pending before the Ninth Circuit Court of Appeals, by June 24, 2016.

Dated: June 10, 2016

SELTZER CAPLAN McMAHON VITEK
A Law Corporation

By: /s/ *Jacob T. Spaid*
     Michael A. Leone, Esq.
     Jacob T. Spaid, Esq.
Attorneys for JANG ANDY JANG, on behalf of himself and others similarly situated

1
**NOTICE OF SETTLEMENT OF ENTIRE ACTION**

P:\18\18464\74003\Pleads\Notice of Settlement\Notice of Settlement 6-10-16.docx

2
**NOTICE OF SETTLEMENT OF ENTIRE ACTION**